IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALTEP, INC., )  <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STARBOARD STORAGE SYSTEMS, ) <br> INC., ) <br> ) <br> Defendant. ) | No. EP-13-CV-00221 DCG |

## THE PARTIES' MEDIATION NOTICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to this Honorable Court's Scheduling Order, the parties have selected Chris Antcliff to serve as Mediator in this matter and the mediation will take place on Thursday, April 24, 2014.

SIGNED this 5th day of March, 2014.

**BECK & HALL, P.C.**
5915 Silver Springs Drive, Bldg. 4
El Paso, Texas 79912
(915) 544-5545
(915) 544-1620 Facsimile
linkbeck@beckhallpc.com

By: /s/ E. Link Beck
E. Link Beck
State Bar No. 02007400

**ATTORNEYS FOR PLAINTIFF
ALTEP, INC.**

**RAY, McCHRISTIAN & JEANS**
A Professional Corporation
5822 Cromo Drive
El Paso, Texas 79912
(915) 832-7200
(915) 832-7333 Facsimile
djeans@rvmjfirm.com
rdinsmoor@rvmjfirm.com


By: /s/   David S. Jeans
    David S. Jeans
    State Bar No. 10597400
    Robert S. Dinsmoor
    State Bar No. 05888250

**ATTORNEYS FOR DEFENDANT**
**STARBOARD STORAGE SYSTEMS, INC.**